UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 17-05191-BRO (SKx) | Date | September 1, 2017 |
|---|---|---|---|
| Title | EDISON BANKS V. AT&T MOBILITY SERVICES, LLC ET AL. | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL, United States District Judge** | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE RE FAILURE TO OPPOSE DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED ANSWER TO COMPLAINT [12]**

Pending before the Court is Defendant AT&T Mobility Services, LLC's ("Defendant" or "AT&T") Motion to File an Amended Answer. (Dkt. No. 12 (hereinafter, "Mot." or "Motion").) AT&T filed its Motion on August 21, 2017, noticing a hearing date of September 18, 2017. (*See* Mot.) The Central District of California's Local Rules require an opposition to be filed twenty-one (21) days before the noticed hearing date. C.D. Cal. L.R. 7-9. Accordingly, Plaintiff Edison Banks's ("Plaintiff") opposition to Defendant's Motion was due on August 28, 2017. As of this date, Plaintiff has not filed any opposition.

Therefore, Plaintiff is **ORDERED TO SHOW CAUSE** for his failure to oppose Defendant's Motion. Both (1) Plaintiff's response to this Order and (2) Plaintiff's opposition to the Motion, if any, shall be filed by no later than **Tuesday, September 5, 2017, at 12:00 p.m.** An appropriate response will include reasons demonstrating good cause for Plaintiff's failure to timely oppose Defendant's Motion, as well as any opposition. *See* C.D. Cal. L.R. 7-12 ("The Court may decline to consider any memorandum or other document not filed within the deadline set by order or local rule. The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion . . . ."). If Plaintiff responds accordingly, then Defendant's Reply is due by no later than **Tuesday, September 12, 2017, at 12:00 p.m.**

   **IT IS SO ORDERED.**