JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDISON BANKS,<br><br>    Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY SERVICES, LLC, and JOHN DOES 1-10, et al.,<br><br>    Defendants. | Case No.: 2:17-cv-05191-RGK (SKx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Court has received and reviewed the parties' Stipulation for Dismissal With Prejudice Pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii) ("Stipulation").

After full consideration, the Court hereby approves the Stipulation and dismisses with prejudice the Complaint by Plaintiff Edison Banks against Defendant AT&T Mobility Services LLC pursuant to F.R.C.P. Rule 41. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: January 07, 2019

*[signature: Gary Klausner]*

The Honorable R. Gary Klausner

4826-3066-9396, v. 1